# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX
### ***

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　*Plaintiff,*<br><br>v.<br><br>WAYNE JAMES<br>　*Defendant.* | §<br>§<br>§<br>§　CRIM ACTION NO: 3:15-CR-42<br>§<br>§<br>§ |

# EMERGENCY MOTION TO WITHDRAW

COMES NOW Counsel for Wayne James as and for his Motion to Withdraw, states as follows:

1. A conflict has arisen between counsel and the Defendant over unpaid legal fees.

2. Said conflict has caused the undersigned counsel to be unable to render effective assistance of counsel, but more importantly irreconcilable differences between counsel and the Defendant.

3. Counsel for the Defendant is financially unable to advance travel costs to St. Thomas for hearings and stay in a hotel during the pendency of this matter.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

DATED: November 15, 2016　　By:　/s/Michael A Joseph_____
　　　　　　　　　　　　　　　　　　Plot 45C Estate Glynn
　　　　　　　　　　　　　　　　　　Christiansted, U.S. Virgin Islands 00821
　　　　　　　　　　　　　　　　　　Email: michaeljosephlaw@gmail.com
　　　　　　　　　　　　　　　　　　Attorney for Defendant Wayne A.G. James

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 15th day of November 2016, a true copy of the foregoing **Motion** was electronically filed with the Clerk of the Court using the CM/ECF System, which will send a notification of such filing (NEF) to the following:

Justin Weitz, Esq.
1400 New York Ave NW
Washington, DC 20005

/s/Michael A. Joseph