**From:** Wayne James
**To:** Louis Hill, Hortense Rowe, Tomas Alejandro >, WayneJames <               >
**Subject:** FW: Copies regarding 1878 "Fireburn"
**Received(Date):** Thu, 8 Oct 2009 15:57:31 +0000

CIMG0016.JPG
CIMG0017.JPG

Dear Senator Hill:

Described below is a portion of what was unearthed in my recent trip to the Danish Archives. I am also expected to receive a series of documents from the Justice Department as well as other departments that, based on the recent findings, were involved with documenting the insurrection. These documents serve a critical role in the research component of several bills I will introduce during the 28th Legislature. In addition, the information is invaluable to my Committee on Education, Youth, and Culture.

As indicated before, the recently uncovered documents are being translated so that our community can truly access the information.

I look forward to your full support of this initiative.

Thank you,
Wayne James

---

Date: Thu, 8 Oct 2009 14:33:47 +0200
Subject: Copies regarding 1878 "Fireburn"

Dear Mr. Wayne James,
Attached you will find photos showing the 16 boxes which, based on previous investigations, should relate to the "Fireburn" as demonstrated at your visit at the National Achives. On the basis of investigations made in relation to the proposition sent earlier, we assume that each box contain approximately 1000 pages. Consequently the proposition is:

16000 pages x Dkr. 8,75 = Dkr. **140.000**,- (US$ 27636.85)

Please let me know if any of the boxes *do not* have your immediate interest and I shall resend adjusted proposition to your office.
Based on your order for information from documents at Rigsarkivet, we hereby inform that all investigations performed for persons living in countries outside Denmark, will require payment in advance.
We kindly ask you to transfer the amount to:

Danske Bank
Holmens Kanal 2

USDOJ002079

