1     *It is a significant day for me, and it is one*
2     *that I treasure.  I am glad to see that there is also a*
3     *lot of research that is now being done -- contemporary*
4     *research that is being done.  And Mr. Chair has been one*
5     *of the people who have been devoted to carrying on a*
6     *significant part of that research from -- in the words*
7     *of my Majority Leader -- a "black man's perspective."*
8     *So here it is we have a measure that for many*
9     *years the information in the National Archives, in the*
10    *Police Courts -- because what a lot of people who have*
11    *never gone through the Danish Archives may not know, for*
12    *a long time, prior to the 1980s, many of these records*
13    *for the Fireburn and Emancipation were in the Police*
14    *Court Archives in Denmark.*
15    *Now where we have technology and the ability for*
16    *them to have been moved to different areas, where for*
17    *public consumption within the past 25 years, we can*
18    *adequately go up and review these documents, is not only*
19    *astounding, but is a credit to Denmark for them wanting*
20    *to learn their history.*
21    *As bad and as dark as part of their history is,*
22    *they have found this paternalistic way of saying well,*
23    *we -- and benevolent, in a sense -- because I'm pretty*
24    *sure, moving forward, as some have stated, we would like*
25    *to see Denmark play a role in giving some money to the*