| | |
|---|---|
| **From:** | Purkey, Jackson (SJ) (FBI) <████████████> |
| **Sent:** | Monday, August 17, 2015 11:14 AM |
| **To:** | ████████████ |
| **Subject:** | Interveiw |

Good Morning Mr. James,

My name is Jackson Purkey and I am a Special Agent with the Federal Bureau of Investigation stationed in the United States Virgin Islands.  We are currently looking into a number of matters concerning activities conducted in the Virgin Islands Legislature by several individuals during your tenure as a Senator.  I would like to schedule an interview with you if at all possible and as soon as possible if you are available.  Please let me know when and where you might be available.  You may reach me at my email address ████████████, the main FBI telephone number in St. Thomas, ████████ or my cellular telephone ████████.

Thank you in advance for you assistance in this matter.

Jackson Purkey