*"Know your culture. Build your future"*

# Legislature of the Virgin Islands

**WAYNE A. G. JAMES**
Senator, 28th Legislature
Senate Liaison to the White House

COMMITTEES:

CHAIRMAN:
Education, Youth & Culture

VICE-CHAIRMAN:
Appropriations & Budget

MEMBER:
- Housing, Sports & Veterans Affairs
- Financial Services, Infrastructure & Consumer Affairs
- Public Safety, Homeland Security & Justice

TO: Ms. Shannie Mc Clean
FROM: Hortense M. Rowe, Special Advisor to the Senator Wayne A. G. James, Esq.
Chair, Committee on Education, Youth & Culture
28th Legislature of the Virgin Islands

RE: Archival Documents
DATE: May 1, 2010

Enclosed herewith are several documents pertaining to the ongoing request for archival material from the Danish National Archives. Said research material pertains to the 1878 Fireburn, the findings expected to be gleaned therefrom to be used for legislation.

Senator Wayne James will provide supplemental information for review and analysis by the Office of the Inspector General, U. S. Department of the Interior.

Please do not hesitate to contact me if additional information is needed.

Enclosure: Various documents

Cc: Mr. Michael Benjamin, Assistant Director, Office of Business & Financial Mnagement-28th Legislature of the Virgin Islands

100 Lagoon Homes, Suite 2, Frederiksted, St. Croix, U.S. Virgin Islands 00840-3912 • Tel: (340) 712-2216 • Fax: (340) 712-2376
email: wagj91461@hotmail.com

USDOJ003372