# ACT NO. 7157

BILL NO. 28-0143

## TWENTY-EIGHTH LEGISLATURE OF THE VIRGIN ISLANDS

### Regular Session

### 2010

An Act amending 3 V.I.C., chapter 19, establishing the Centennial Commission; amending 33 V.I.C., chapter 111 creating the Centennial Special Fund; and providing for other related purposes

---0---

*Be it enacted by the Legislature of the Virgin Islands:*

**SECTION 1.** Title 3 V.I.C., chapter 19, section 338, is amended by inserting subsections (a), (b), and (c) to read as follows:

"(a)  There is established within the Office of the Commissioner of Tourism a special and temporary commission known as the Centennial Commission ("the Commission") for the purpose of formulating plans and making preparations to commemorate and celebrate in the year 2017 the 100th Anniversary of the transfer of the Virgin Islands from Denmark to the United States of America.

(b)  The Commission is composed of five residents of St. Croix, five residents of St. Thomas and three members from St. John all of whom are appointed by the Governor.  The Commission shall choose its own Chairman and each member shall be entitled to one vote; a quorum must be present to constitute a valid action by the Commission.  All members of the Commission shall serve without compensation but shall be entitled to reimbursement for all reasonable travel and other expenses as may be authorized by the Commissioner of Tourism.

(c)  The Commission shall exist until the earliest of the following occurs:

(1)  the Commission's purpose under subsection (a) has been accomplished;

(2)  the Commission is divested of its functions by law; or

(3)  the Commission is extinguished by law."

**SECTION 2.**   Title 33, chapter 111, Virgin Islands Code is amended by adding an appropriately numbered new section to read as follows:

(a) (1)  There is created within the Treasury of the Virgin Islands a separate and distinct fund known as the Centennial Special Fund, for the purpose of facilitating the formulation of plans and preparations to commemorate and celebrate in the year 2017 the 100th Anniversary of the transfer of the Virgin Islands from Denmark to the United States of America, of which the commemorative and

2

celebratory events shall commence on or before August 4, 2016, and terminate on December 31, 2017.

(2) The Fund is administered by the Commissioner of the Department of Finance, and no amounts therein are available for expenditure except as provided in this section and when authorized by the Commissioner of the Department of Tourism. The Commissioner of the Department of Tourism shall establish policies for the expenditures of monies contained in the Fund.

(b) The Fund consists of all monies appropriated from time to time by the Legislature, all public or private grants, gifts, donations, bequests or devises to the Centennial Commission or any appropriation transfers to the fund.

**SECTION 3.** The Centennial Commission established in Section 1 of this Act shall submit a detailed budget to the Legislature of the Virgin Islands between January 14, 2013, and January 28, 2013, for consideration of funding.

Thus passed by the Legislature of the Virgin Islands on March 9, 2010.

Witnessed our Hands and Seal of the Legislature of the Virgin Islands this _23_ Day of March, A.D., 2010.

Louis Patrick Hill
President

Sammuel Sanes
Legislative Secretary



Bill No. 28-0143 is hereby approved.

Witness my hand and the Seal of the Government of the United States Virgin Islands at Charlotte Amalie, St. Thomas, this 7th day of April, A.D., 2010.

John P. de Jongh, Jr.
Governor