ORIGINAL DOCUMENT HAS A COLORED BACKGROUND PRINTED ON CHEMICAL REACTIVE PAPER WITH MICRO-PRINTED BORDER SIGNATURE LINE

**LEGISLATURE OF THE VIRGIN ISLANDS**
**Operating Account**
P.O. Box 1690
St. Thomas, VI 00804

Banco Popular de Puerto Rico
Main Office
Charlotte Amalie, VI
101-667/216

**16945**

NUMBER

10/19/2010    ***********13,690.00
152  10 VI18307  181  10/19/2010    07:44
DATE              $13,690.00 DebitTrans...   Ein  3   **AMOUNT**

Thirteen thousand six hundred ninety and xx /-100 Dollars—————————

**PAY**

Wayne James
PO Box 2496
St. Croix, VI 00841
USA

**TO THE**
**ORDER**
**OF**

OCT 19 2010

NOT VALID AFTER 60 DAYS

THE REVERSE SIDE OF THIS DOCUMENT INCLUDES A SECURITY SCREEN BACKER

GRAND JURY
EXHIBIT

USDOJ002106

USDOJ002107

VOL C23SD
340 712-2296
VI 24901

4545  69384

OCT 20 00

011070192G
10/20/10    BORD
BANCO POPULAR DB PR
021502201 767-758-0454