**BANCO POPULAR**

(advbpt9l)

Request ID: 2015081098000009
Item ID: 000032
Account:

Amount: $16,255.00
Check: 16944

"El Banco Popular certifica que esta imagen es fiel representación del documento original".
"DOCUMENTO NO NEGOCIABLE"
"Banco Popular certifies that this image is a true representation of the original document".
"NOT NEGOTIABLE"



LEGISLATURE OF THE VIRGIN ISLANDS
Operating Account
P.O. Box 1690
St. Thomas, VI 00804

Banco Popular de Puerto Rico
Main Office
Charlotte Amalie, VI
101-667/216

16944
NUMBER

10/19/2010    ************16,255.00
DATE              AMOUNT

PAY

TO THE
ORDER
OF

Sixteen thousand two hundred fifty-five and xx / 100 Dollars

Wayne James
PO Box 2496
St. Croix, VI 00841
USA

NOT VALID AFTER 60 DAYS

Stamp: T-190-13 Banco Popular OCT 22 2010 Sub-Orange Grove T-190-13



0220827985
10/25/10       BOFD
BANCO POPULAR DE PR
50201: 787-758-0484

GRAND JURY EXHIBIT
NP-41

USDOJ002105