# OFFICE OF THE FEDERAL PUBLIC DEFENDER
## DISTRICT OF THE VIRGIN ISLANDS

Gabriel J. Villegas
Senior Litigator

Lisa Brown Williams
Research and Writing Attorney

\* \* \*

OMODARE B. JUPITER
FEDERAL PUBLIC DEFENDER

Kia Sears
Assistant Federal Public Defender

Brendan A. Hurson
Assistant Federal Public Defender

February 7, 2017

**FILED VIA ECF/CM**
The Honorable Curtis V. Gomez
United States District Judge
District Court of the Virgin Islands
St. Thomas/St. John Division
5500 Veterans Drive
St. Thomas, VI 00802

    Re:    Additional Evidence in Support of Motion to Suppress
              <u>United States v. James</u>, 15-cr-42-CVG

Dear Judge Gomez:

    We write in response to the Court's oral ORDER permitting the undersigned until 3:30 today, February 7, 2017, to submit additional evidence in support of our Motion to Dismiss/Suppress.

    Attached please find a copy of the bill drafting request for Fireburn-related legislation made by then-Senator James. <u>See</u> Ex. 1 (Bill Drafting Request and Pre-emption Letter). The document was emailed to our office from the Legislature's Assistant Archivist just minutes ago.

    The document establishes that on April 22, 2009 - the same day as one of the funding requests for Fireburn - related documents relied on by the government at this morning's hearing - Mr. James submitted proposed legislation related to the Fireburn. It establishes that both Mr. James, or a legislative aide to Mr. James, was to be contacted to discuss the request if necessary. This document, along with the additional evidence submitted as attachments to our original motion (and admitted into the record today) establish that Mr. James' procurement of documents (including discussions with document-holders, negotiations related to delivery of the documents, and similar fact-finding efforts) are immune

Division St. Thomas
1336 Beltjen Road, Suite 202
St. Thomas, VI 00802
Tel (340) 774-4449/Fax (340) 776-7683

Division of St. Croix
1115 Strand Street, Suite 201
Christiansted, VI 00822-5073
Tel. (340) 773-3585/Fax (340) 773-3742

1

Additional Evidence in Support of Motion to Suppress
United States v. James, 15-cr-42-CVG

from inquiry under the Speech or Debate clause.

    Further, the attached memo from the Deputy Legal Counsel (also received this afternoon) "pre-empting" Mr. James' bill in favor a request submitted by another Senator (believed to be V.I. Senate Bill 28-0159) further explains why Mr. James' research and document-production are protected acts. Id. at 3. This bill was assigned to Mr. James' committee, and was discussed and debated in committee and on the floor of the senate. Since his own Fireburn bill was pre-empted (i.e., removed from consideration) by Senator Nelson's, Mr. James' investigation and document collection were directly related to both Mr. Nelson's Fireburn bill and Mr. James' centennial celebration legislation, both attached to the Motion to Dismiss and signed into law in 2010. Thus, his legislative fact-finding efforts in furtherance of both of these bills and potential amendments, including conversations, memoranda, letters, and emails related to securing, paying for, and translating material relevant to that legislation is protected under "speech or debate" immunity. See Gov't of Virgin Islands v. Lee, 775 F.2d 514, 521 (3d Cir. 1985).

    Also attached (under Seal) is the complete Grand Jury testimony of a legislative aide to Mr. James. See Ex. 2 (UNDER SEAL). We draw the Court's attention to the section beginning on page 19, wherein that aid is asked by the government about the Fireburn project. In the course of answering, the aid explains – again, at the request of the government – that the Fireburn documents are needed to "draft legislation" related to Fireburn. Tr. at 22. The aide goes on to connect this legislative purpose to the specific allegations in this case by explaining precisely how the documents were requested (id. at 22-23), and how much they cost. Id. at 22-25.

    These additional documents, added to the exhibits already submitted to the Court as attachments to the Motion to Dismiss establish that the government's case necessarily rests on "speech or debate" as interpreted by relevant authorities and thus must be dismissed.

                                            Respectfully submitted,

                                            */s/ Omodare B. Jupiter*
                                            OMODARE B. JUPITER
                                            Federal Public Defender

                                            */s/ Brendan A. Hurson*
                                            BRENDAN A. HURSON
                                            Assistant Federal Public Defender