**DRAFTING REQUEST FORM**

**TWENTY-EIGHT LEGISLATURE OF THE VIRGIN ISLANDS**

Office of Legal Counsel - STX
Legislature of the Virgin Islands
Date: 4/22/09
Time: 1:35 p.m.
Received By: M de Jesus

TO: CHIEF COUNSEL
FROM: SENATOR Wayne A. G. James   SIGNATURE: Wayne James
DATE: 4/22/09

## I REQUEST A DRAFT FOR:

09-0601

- [x] A BILL
- [ ] AN AMENDMENT
- [ ] PETITION
- [ ] A CONTRACT
- [ ] A RESOLUTION
- [ ] MOTION
- [ ] A LEGAL OPINION
- [ ] A SUBPOENA
- [ ] OTHER LEGAL INSTRUMENT OR DOCUMENT

**NOTE:** In the space provided below, or on an attached sheet if needed, give the details of your request. A bill to honor someone, enclose a biography. For a bill or an amendment involving a parcel of land, include the plot number, acreage and the Public Works Department Map number. For an appropriation, clearly state the amount and the funding source. For an amendment, identify the bill to be amended. For an employment contract, complete a Contract for Employment form and attach it to the drafting request. For a legal opinion, please indicate as specifically as possible the legal question to be addressed.

**FOR BILLS:**

1. Chapter or Section of Code/Act/Bill to be amended

   An Act amending title 1 Virgin Islands Code, Chapter 11, Section 171 to recognize October 1, each year as an official Virgin Islands holiday.

2. Purpose or intent of request

   To recognize October 1, also known as Contract Day or 1878 Fireburn Day as an official Virgin Islands holiday

DRAFTING REQUEST FORM
Page 2

October 1, 1878 is one of the Territory's most historic event, which was as a natural consequence of 1848 Emancipation. The event chronicled the history of resistance which was led by four heroic ~~heroic~~ women (a) Mary "Queen Mary" Thomas, (b) Mathilde "Queen Mathilde" McBean, (c) Susanna "Bottom Belly" Abrahamson (d) Axeline "Queen Agnes" Solomon.

3. Details of Request, including the problems to be solved and how the measure will be implemented and enforced, if applicable (attach additional sheets, if necessary), the funding source of any appropriation, effective date or duration of the measure

To celebrate October 1, each year as a key Virgin Islands national holiday, and to organize ceremonies appropriate for the occasion. The event planning team shall include representatives from V.I. Departments of Education, Tourism, V.I. Cultural Heritage Institute, noted V.I. historians, high school and UVI college students.

4. Anticipated date of Introduction

Effective immediately after legal drafting is ~~the passage of the enabling legislation~~ completed.

5. Name and phone # of person to contact for details and to answer any questions

Wayne A. G. James / Hortense M. Rowe at 712-2216

# The Legislature of the Virgin Islands



P.O. Box 1690
Charlotte Amalie
St. Thomas, Virgin Islands 00804

Office of the
Legislative Counsel

(340) 774-0880
(340) 693-3544
(340) 693-3659 Fax

May 6, 2009

## MEMORANDUM

**TO:** The Honorable Wayne A.G. James
Senator, 28th Legislature of the Virgin Islands

**FROM:** Cecil Farrell
Researcher



**THRU:** Yvonne L. Tharpes
Deputy Chief Legal Counsel

**RE:** BR09-0601 (An Act amending Title 1 Virgin Islands Code, Chapter 2 Section 171 to recognize October 1, each year as an official Virgin Islands Holiday)

This is to advise you that the following bill drafting request was earlier submitted by another Senator, and cannot be drafted on your behalf. Consequently your request has been retired and the file closed as of the date of this memorandum.

If you have any questions with respect to the information contained herein, you may contact me.

c/f