```
         IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
             DIVISION OF ST. THOMAS & ST. JOHN
                           * * *
UNITED STATES OF AMERICA,      )
                    Plaintiff  )
                               )
         V.                    )
                               )
                               )        NO. 15-CR-42
WAYNE A.G. JAMES               )
                               )
         Defendant.            )
```

## NOTICE OF APPEAL TO THE U.S. COURT OF APPEALS FOR THE THIRD CIRCUIT

Notice is hereby given that Defendant Wayne A.G. James appeals to the United States Court of Appeals for the Third Circuit from the oral order of Judge Curtis V. Gomez of the District Court of the Virgin Islands on February 7, 2017 denying, without prejudice, Mr. James' MOTION TO DISMISS INDICTMENT OR, IN THE ALTERNATIVE, FOR SUPPRESSION OF EVIDENCE OBTAINED IN VIOLATION OF SPEECH OR DEBATE IMMUNITY GRANTED BY 48 U.S.C. § 1572 (d) (Docket # 87).

        Respectfully submitted,

        OMODARE B. JUPITER
        FEDERAL PUBLIC DEFENDER

        */s/ Omodare B. Jupiter*
        OMODARE B. JUPITER
        Federal Public Defender
        1115 Strand Street
        St. Croix, VI 00820
        Tel (340) 773-3585
        Fax (340) 773-3742
        E-mail: Omodare_jupiter@fd.org

**CERTIFICATE OF SERVICE**

    I, HEREBY CERTIFY that on the 9th day of February, 2017 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Ronald W. Sharpe
United States Attorney

Amanda R. Vaughn
Justin D. Weitz
Trial Attorneys
Public Integrity Section
U.S. Department of Justice
1400 New York Ave. NW, 12th Floor
Washington, D.C. 20005
(202) 616-4530 (office)
(202) 714-4232 (cell)
Amanda.vaughn@usdoj.gov
Justin.Weitz@usdoj.gov

                                                */s/ Omodare B. Jupiter*