```
                DISTRICT COURT OF THE VIRGIN ISLANDS
                 DIVISION OF ST. THOMAS AND ST. JOHN

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )
       v.                       )     Criminal No. 2015-42
                                )
WAYNE JAMES,                    )
                                )
            Defendant.          )
                                )
```

**ATTORNEYS:**

**Ronald Sharpe, United States Attorney**
**Delia L. Smith, AUSA**
**Amanda Vaughn, AUSA**
**Justin D. Weitz, AUSA**
United States Attorney's Office
St. Thomas, VI
   *For the United States of America,*

**Omodare B. Jupiter, Federal Public Defender**
**Brendan A. Hurson, AFPD**
St. Thomas, U.S.V.I.
   *For defendant Wayne James.*

## ORDER

**GÓMEZ, J.**

On February 9, 2017, The United States moved to compel the depositions of Brian Kalhoj and Adam Jon Kronegh on either February 13, 2017, or February 14, 2017. On February 10, 2017, the Court held a telephonic hearing on the motion to compel. During that telephonic hearing, the Court granted The United States's motion.

The premises considered, it is hereby

*United States v. James*
Crim No. 15-42
Order
Page 2

    **ORDERED** that the Motion to Compel Rule 15 Depositions is **GRANTED**; and it is further

    **ORDERED** that the video depositions of Brian Kalhoj and Adam Jon Kronegh shall commence promptly at 2:30 pm on February 13, 2017, in Courtroom 3 at the Ron deLugo Federal Building in St. Thomas, United States Virgin Islands.

                                      S\_____
                                      **CURTIS V. GÓMEZ**
                                      **District Judge**