IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| | *   NO. 15-CR-42-CVG-RM |
| v. | * |
| | * |
| WAYNE A.G. JAMES, | * |
| Defendant. | * |

\*\*\*\*\*\*

## JOINT NOTICE OF STATUS OF APPEAL

Pursuant to this Court's February 10, 2017 Order, Dkt. No. 133, the parties, by undersigned counsel, provide the Court with an update on the status of defendant Wayne James's appeal.

The defendant filed a notice of appeal on February 9, 2017. Dkt. No. 128. On February 22, 2017, the Government filed a motion to expedite the appeal. On February 27, 2017, the Third Circuit granted the motion and imposed the briefing schedule proposed by the Government. Accordingly, the defendant's opening brief is due on March 20, 2017, the Government's response is due on April 3, 2017, and the defendant's reply is due on April 10, 2017. The court of appeals set the case for disposition the week of May 1, 2017, in the Virgin Islands.

| | |
|---|---|
| DATED: March 1, 2017 | Respectfully submitted, |
| | |
| Omodare Jupiter | Ronald W. Sharpe |
| Federal Public Defender | United States Attorney |
| | |
| | Raymond Hulser |
| /s/ Omodare Jupiter | Chief, Public Integrity Section |
| Omodare Jupiter | |
| Federal Public Defender | /s/ Amanda R. Vaughn |
| Brendan Hurson | Justin D. Weitz |
| Assistant Federal Public Defender | Amanda R. Vaughn |
| Counsel for Wayne A.G. James | Trial Attorneys |
| | Delia Smith |
| | Assistant United States Attorney |
| | Counsel for the United States |

-1-

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on this 1st day of March, 2017, I electronically filed the foregoing **Joint Notice of Status of Appeal** with the Clerk of the District Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Omodare Jupiter, Esq.
Brendan Hurson, Esq.
Office of the Federal Public Defender
1115 Strand Street
St. Croix, VI 00820
**Attorneys for Defendant Wayne A.G. James**

                By:    /s/Amanda R. Vaughn
                          Amanda R. Vaughn
                          Trial Attorney
                          Department of Justice
                          Public Integrity Section
                          1400 New York Ave NW
                          Washington, DC 20005
                          Phone – 202.514.1412