```
              IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
                   DIVISION OF ST. THOMAS & ST. JOHN
                                 * * *
UNITED STATES OF AMERICA,          )
                    Plaintiff      )
                                   )
           V.                      )
                                   )
                                   )        NO. 15-CR-42
WAYNE A.G. JAMES                   )
                                   )
           Defendant.              )
```

**SUPPLEMENT TO RECORD PURSUANT TO COURT'S FEBRUARY 9, 2017 ORDER**

**NOW COMES** defendant Wayne A.G. James, through undersigned counsel, Omodare Jupiter, Federal Public Defender for the District of the Virgin Islands, and Brendan A. Hurson, Assistant Federal Public Defender, to supplement the record as permitted by the Court's ORDER of February 9, 2017:

On February 8, 2017, Mr. James filed an unopposed request to supplement the record with three (3) transcripts of committee proceedings in legislature of the U.S. Virgin Islands on May 6, 2009 and January 21, 2010.  ECF/CM # 120.  The Court promptly granted this request.  ECF/CM # 126.  Following the Court's ORDER granting the request, counsel apparently failed to provide an electronic copy of the supplemental materials for the official record.  To complete the record for the pending interlocutory appeal, Mr. James hereby supplements the electronic record with the supplement approved in the Court's February 9, 2017 ORDER.

Undersigned counsel contacted the government this morning regarding this request to supplement.  Government counsel has no

objection to supplementing the electronic record with the transcripts. Accordingly, the transcripts referenced in docket #120 are attached to this filing and are now part of the record on appeal.

**DATED: March 16, 2017**

                                        Respectfully submitted,

                                        OMODARE B. JUPITER
                                        FEDERAL PUBLIC DEFENDER

                                        */s/ Brendan A. Hurson*
                                        BRENDAN A. HURSON
                                        Assistant Federal Public Defender
                                        1336 Beltjen Rd. Suite 202
                                        St. Thomas, VI 00802
                                        Tel (340) 774-4449
                                        Fax (340) 776-7683
                                        E-mail: Brendan_Hurson@fd.org

## **CERTIFICATE OF SERVICE**

    I, HEREBY CERTIFY that on the 16th day of March, 2017 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Amanda R. Vaughn
Trial Attorney
Public Integrity Section
U.S. Department of Justice
1400 New York Ave. NW, 12th Floor
Washington, D.C. 20005
(202) 616-4530 (office)
(202) 714-4232 (cell)
Amanda.vaughn@usdoj.gov

                                        */s/ Brendan A. Hurson*