# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| Plaintiff, | * |
| | *   NO. 15-CR-42-CVG-RM |
| v. | * |
| | * |
| **WAYNE A.G. JAMES,** | * |
| Defendant. | * |

*******

## SECOND JOINT NOTICE OF STATUS OF APPEAL

Pursuant to this Court's February 10, 2017 Order, Dkt. No. 133, the parties, by undersigned counsel, provide the Court with an update on the status of defendant Wayne James's appeal.

The defendant filed a notice of appeal on February 9, 2017. Dkt. No. 128. On March 20, 2017, the defendant filed his opening brief. The Government's response is due on April 3, 2017, and the defendant's reply is due on April 10, 2017. The court of appeals has scheduled the case for disposition on May 2, 2017, in St. Croix, but has notified counsel that the case could be moved to May 1, 2017.

| | |
|---|---|
| DATED: April 1, 2017 | Respectfully submitted, |
| | |
| Omodare Jupiter | Joycelyn Hewlett |
| Federal Public Defender | Acting United States Attorney |
| | |
| | AnnaLou Tirol |
| /s/ Omodare Jupiter | Acting Chief, Public Integrity Section |
| Omodare Jupiter | |
| Federal Public Defender | /s/ Amanda R. Vaughn |
| Brendan Hurson | Amanda R. Vaughn |
| Assistant Federal Public Defender | Trial Attorney |
| Counsel for Wayne A.G. James | Delia Smith |
| | Assistant United States Attorney |
| | Counsel for the United States |

-2-

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on this 1st day of April, 2017, I electronically filed the foregoing **Second Joint Notice of Status of Appeal** with the Clerk of the District Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Omodare Jupiter, Esq.
Brendan Hurson, Esq.
Office of the Federal Public Defender
1115 Strand Street
St. Croix, VI 00820
**Attorneys for Defendant Wayne A.G. James**

        By:    /s/Amanda R. Vaughn
                  Amanda R. Vaughn
                  Trial Attorney
                  Department of Justice
                  Public Integrity Section
                  1400 New York Ave NW
                  Washington, DC 20005
                  Phone – 202.514.1412