```
                DISTRICT COURT OF THE VIRGIN ISLANDS
                  DIVISION OF ST. THOMAS AND ST. JOHN

UNITED STATES OF AMERICA,        )
                                 )
           Plaintiff,            )
                                 )
     v.                          )    Criminal No. 2015-42
                                 )
WAYNE JAMES,                     )
                                 )
           Defendant.            )
                                 )
```

**ATTORNEYS:**

**Joycelyn Hewlett, Acting United States Attorney**
**Delia L. Smith, AUSA**
**Amanda Vaughn, AUSA**
United States Attorney's Office
St. Thomas, VI
   *For the United States of America,*

**Omodare B. Jupiter, Federal Public Defender**
**Brendan A. Hurson, AFPD**
St. Thomas, U.S.V.I.
   *For defendant Wayne James.*

<u>**ORDER**</u>

**GÓMEZ, J.**

　　Before the Court is the motion of Wayne James to Dismiss the Indictment or, In the Alternative, For Suppression of Evidence. Upon review of the record, and for the reasons outlined by the Court during the July 13, 2017, hearing, it is hereby

*United States v. James*
Crim. No. 15-42
Order
Page 2

**ORDERED** that the Motion to Dismiss the Indictment or, In the Alternative, For Suppression of Evidence is hereby **DENIED.**

                        S\_____
                            **Curtis V. Gómez**
                            **District Judge**