```
           IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

              DIVISION OF ST. THOMAS & ST. JOHN

                           * * *


UNITED STATES OF AMERICA,      )
                  Plaintiff,   )
                               )
          V.                   )
                               )
                               )         NO. 15-CR-42
WAYNE A.G. JAMES               )
                               )
                  Defendant.   )
```

## NOTICE OF APPEAL

Notice is hereby given that Defendant Wayne A.G. James appeals to the United States Court of Appeals for the Third Circuit from the order dated July 13, 2017 (Document #151) of Judge Curtis V. Gomez of the District Court of the Virgin Islands denying Mr. James' Motion To Dismiss Indictment Or, In The Alternative, For Suppression Of Evidence Obtained In Violation Of Speech Or Debate Immunity Granted By 48 U.S.C. § 1572 (d) (Docket # 87).

```
                         Respectfully submitted,

                         OMODARE B. JUPITER
                         FEDERAL PUBLIC DEFENDER

                         /s/ Omodare B. Jupiter
                         OMODARE B. JUPITER
                         Federal Public Defender
                         4094 Diamond Ruby, Suite 5
                         Christiansted, VI 00820
                         Tel (340) 773-3585
                         Fax (340) 773-3742
                         E-mail: Omodare_jupiter@fd.org
```

**CERTIFICATE OF SERVICE**

    I, HEREBY CERTIFY that on the 14th day of July, 2017 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Ronald W. Sharpe
United States Attorney

Amanda R. Vaughn
Justin D. Weitz
Trial Attorneys
Public Integrity Section
U.S. Department of Justice
1400 New York Ave. NW, 12th Floor
Washington, D.C. 20005
(202) 616-4530 (office)
(202) 714-4232 (cell)
Amanda.vaughn@usdoj.gov
Justin.Weitz@usdoj.gov

*/s/ Omodare B. Jupiter*