DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

UNITED STATES OF AMERICA,       )
                                )
         Plaintiff,             )
                                )
     v.                         )    Criminal No. 2015-42
                                )
WAYNE JAMES,                    )
                                )
         Defendant.             )
_____)

ATTORNEYS:

**Gretchen Shappert, United States Attorney**
**Delia Smith, AUSA**
United States Attorney's Office
St. Thomas, V.I.
**Amanda Vaughn, Esq.**
**Luke Cass, Esq.**
U.S. Department of Justice, Criminal Division
Washington, D.C.
   *For the United States of America,*

**Omodare Jupiter, Federal Public Defender**
Office of the Federal Public Defender
St. Thomas, V.I.
   *For Wayne James.*

## VERDICT FORM

Question 1.

As to Count One, wire fraud on or about October 19, 2010, as charged in the Indictment, we find the defendant, Wayne James

_____          __X_____
 Not Guilty                Guilty

*United States v. James*
Criminal No. 2015-42
Verdict Form
Page 2

**Question 2.**

As to Count Two, wire fraud on or about October 22, 2010, as charged in the Indictment, we find the defendant, Wayne James

_____          _____X_____
Not Guilty              Guilty

**Question 3.**

As to Count Three, theft concerning a program receiving federal funds, we find the defendant, Wayne James

_____          _____X_____
Not Guilty              Guilty

```
United States v. James
Criminal No. 2015-42
Verdict Form
Page 3
```

| | |
|---|---|
| _____ | _____ |
| _____ | Jerlyn Joseph<br>_____ |
| Manuel Wallace<br>_____ | _____ |
| Diane Matthew-Turnbull<br>_____ | Heather Skeete<br>_____ |
| _____ | _____ |
| Leona Lewis-Stevens<br>_____<br>**Foreperson** | Joanne White<br>_____ |

DATED this __15__ day of August, 2018.